# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JEROD M. GROVE, M.D.** ) | |
| ) | |
| *Plaintiff,* ) | |
| v. ) | Case No. 2:24-cv-2516-EFM-GEB |
| ) | |
| **HAYS MEDICAL CENTER, INC.,** ) | |
| ) | |
| *Defendant, Counterclaimant,* ) | |
| *and Third-Party Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | |
| **GREELEY COUNTY HEALTH** ) | |
| **SERVICES, INC.,** ) | |
| ) | |
| *Third-Party Defendant.* ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

All parties, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(A)(ii), announce to the Court that they have settled this case, and voluntarily stipulate to the dismissal with prejudice of all claims, counterclaims, third party claims, and defenses in the above-captioned matter, with each party to bear its/their respective costs, expenses, and attorney's fees.

### APPROVALS ON NEXT PAGE

*/s/ Christopher J. McGowne*
Christopher J. McGowne, #29056
McGowne Law Office, PA
Po Box 1659
Hays, KS 67601
720-878-7688
Email: Cjmcgowne@gmail.Com
      -and-
Craig L. Uhrich, #20618
Uhrich Law Firm PA
222 Center Avenue
Oakley, KS 67748
785-671-1237
Email: Craig.Uhrich@gmail.com

**Counsel for Jarod Grove, Physician**
**Plaintiff and Counterclaim Defendant**

*/s/ Clayton J. Kaiser*
Clayton J. Kaiser, #24066
Gary L. Ayers, #10345
Foulston Siefkin LLP – Wichita
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
316-291-9539 (Kaiser)
316-291-9530 (Ayers)
Fax: 316-267-6375
Email: Ckaiser@foulston.com
Email: Gayers@fouston.com

**Counsel for Hays Medical Center, Inc.**
**Defendant, Counterclaimant, and Third Party Plaintiff**

*/s/ Diane H. Sorensen*
Diane H. Sorensen, #12226
Morris, Laing, Evans, Brock & Kennedy, Chtd.—Wichita
300 N. Mead Street, Suite 200
Wichita, KS 67202-2745
316-262-2671
Fax: 316-262-6226
Email: Dsorensen@morrislaing.com

**Counsel for Greeley County Health Services, Inc.**
**Third-Party Defendant**